

FILED
AUG -2 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles R Brand        2:16-cv-1811 EFB PC
(Name of Plaintiff)                (Case Number)
12500 Bruceville Rd
(Address of Plaintiff)
Elk Grove CA 95757

vs.                                COMPLAINT

Anne Marie Schubert District Attorney
County of Sacramento, State of California
Scott Schweibish, DDA
(Names of Defendants)
Conflict Criminal Attorneys

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

    B. If your answer to A is yes, how many?: __N/A__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?  ☐ Yes  ☒ No

    B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                                   ☐ Yes  ☒ No

        If your answer is no, explain why not _____

    C. Is the grievance process completed?  ☒ Yes  ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Scott SCHWIEBISH_ is employed as _Deputy District Attorney_ _SACRAMENTO County_ at _901 G Street SACTO 95814_

B. Additional defendants _HONORABLE MICHEAL BOWMAN_
_HONORABLE JAMIE ROMAIN_
_720 NINTH STREET SACTO CA 95814_
_CONFLICT CRIMINAL DEFENDERS: RIED KINGSBURY_
_PAUL IRISH_
_COUNTY OF SACRAMENTO_ _LAURANCE SMITH_
_Superior Court of CALIFORNIA_

2

THE HONORABLE JAIME Romain Dept. 63 Cal Superior Court SACRAMENTO COUNTY ABUSED DISCRETION AND CONFIRMED A MALICIOUS DECLARATION OF DOUBT —

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I AM CO-OWNER OF 4216 RAMSEY DR North HighLANDS, CA 95660 I RENT 2 BedROOMS AND AN RV IN. NO LESS THAN FOUR Separate inhabited Dwellings ARE ON PREMISES, EACH with its OWN Lock. MY DOOR WAS Kicked in BASed on A MISDEMEANOR DUI. OFFICERS FORCED THERE WAY INTO A TENANT's locked bedroom door, AND LOCATED A Controlled Substance AND OF 6 Adults Present ARREST ONLY ME. I HAVE BEEN IN JAIL 15 Months All THE ATTORNEY's HAVE NOT RAISED THE ISSUE THEY All LIE, THE DDA S Schwiebish Committed PERJURY To DENY 8th Admendmt US Const

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Because I won't Perjure myself AND Accept AN 11 YEAR OFFER MR Smith MALICIOUSLY Declared doubt AS TO Mental Competency TO INCREASE MY PUNISHMENT without due process. He DID NOT RAISE SubstANCIAl Evidence to Support doubt. ISSUE INJUNCTION TO STAY INCOMPetency PROCeeding. ORDER IMMEDIATE RELEASE OF UNConstitutional CONFINEMENT. COMPENSATE ME FOR INFLICTION OF Mental & EMOTIONAL Distress. AMOUNT: $ 800,000.00

Signed this 9 day of JUNE, 20 16.

Charles R Brand
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6/9/16
(Date)

Charles R Brand
(Signature of Plaintiff)

3

CHARLES BRAND        CONTINUATION

RE: 42 U.S.C. § 1983

CIVIL RIGHTS VIOLATIONS ARE AS FOLLOWS:

(1) PAUL IRISH: Failed to deliver ACCUSATORY COMPLAINT FOR 180 DAYS
(3)    (2) RT TRANSCRIPTS of Prelim 90 days
Recieved THIRD PARTY EXCULPATORY EVIDENCE BUT NEVER TOLD ME (A COMPLETE CONFESSION)
(4) TOLD MY WIFE I WAS FACING 22 YRS
(5) DIDN'T OBTAIN ANY REQUESTED EVIDENCE
(6) FAILED TO OBTAIN COPY OF PC 1275

IN Proceedings ON April 27th, 2015 IN DEPT 63 Superior Court IN SACTO COUNTY I ASK FOR BAIL REDUCTION JUDGE Bowman ASKED DDA Scott Schwiebish MY MAXIMUM EXPOSURE — "22" YEARS plus 9 Prison priors AND PRISON TERMS FOR ASSAULT with FIRE ARM — JUDGE SAID FAT CHANCE Looking AT 22 YRS CASE # 15FO1574 ONE COUNT OF HS 11378 w/ 3 priors within the meaning of HS 11370.2(c) FOR A Total of 12 YEARS I DECLARED MY HOUSE TO POST BAIL AND AS SOON AS I WALKED OUT OF COURT ROOM D.A. PLACED 1275 HOLD ON BAIL

LAURANCE S Smith DECLARED DOUBT OF COMPETENCY TO STAND TRIAL ON 5-18-16 Because I WON'T PLEAD GUILTY TO AN 11 YEAR OFFER HE DID THIS MALICIOUSLY TO FORCE ME "TO COOPORATE"

# LAURANCE S. SMITH
*Attorney at Law*

660 "J" Street, Suite 380
Sacramento, California 95814
e-mail: vubast@aol.com

Telephones:
From Sacramento and
All Other Counties:
☎ (916) 446-6615 (Voice)
📠 (916) 442-3988 (Day FAX)
📠 (916) 442-6524 (Night FAX)

Mr. Charles Brand
XR 578277
RCCC   MSA 044
12500 Bruceville Rd.
Elk Grove, CA 95624

Re: *People v. Brand* 15 F 01574

Dear Mr. Brand:

[handwritten annotation: "AT THIS meeting MR. Smith misinformed me of A MAXIMUM EXPOSURE OF 22 YEARS"]

At our meeting Friday, May 6 you expressed great dissatisfaction and stated you wished to make a *Marsden* motion.

I have accordingly calendared your matter for hearing in Department 63 Friday May 13 at 1:30 p.m.

Please note that your sentence exposure in this case includes three prior convictions. You demanded that these be removed. The district attorney has made an 11-year offer that is roughly equivalent to striking your priors. So far, you have been unwilling to accept that offer. As far as I know, it is still on the table should you wish to reconsider.

Yours very truly,

LAURANCE S. SMITH

LSS:lom

Laurance S. Smith
2600 H Street
Sacramento, CA 95814

Dear Mr. Smith,                                                                 5-30-16

I noticed you have two addresses so this is a handwritten copy of my letter to you dated May 18, 2016:

On 5-16-16, at our only meeting beyond the date of your appointment to my case (4-16-16) in Dept. 63, you misinformed me of maximum exposure, to wit, "22 years". I expressed "Great Dissatisfaction" at being lied to. The felony complaint in this case alleges 1 count of HS 11378 (16, 2, or 3 yrs) and three priors within the meaning of HS 11370.2(c) for a total Aggravated exposure of 12 years. These are the priors referenced in your letter post marked 5-11-16. You erroneously inform me that the D.A.'s 11-year offer is "Roughly equivalent to striking your priors". When in fact a striking of my priors would leave a statutory maximum of 3 years. Overwhelming factors of mitigation found within the file in your possession allows for only mid term of two years. Therefore 11 years reflects the statutory maximum provided for in case# 15F01574. Based on the above facts, is it your recommendation that I accept the 11-year offer? I have, and continue to maintain 100% innocence. Of course, I did not demand prior convictions be removed, we can only provide case factors by way of motion to the Judge to consider upon his or her own motion, to strike prior convictions pursuant to PC 1385. I reasonably requested you make such petition in regards only to the 1983 prior due to remoteness in time (33 years). If such petition be granted the maximum exposure is reduced to 9 years. After which a reasonable negociated plea would be 2-5 years with 3 being most uniform pursuant to P.C. 1170 and within the legislative intent in enacting determinate sentencing.

Enclosed is a request for court reporters transcripts for 9-15-15 Dept. 63, from the California Commission on Judicial Performance regarding civil rights violations [Griffin v. Illinois 1955] From Dept. 63 I need transcripts for 3-23-15, 4-6-15, 8-25-15, 9-1-15 and 1-29-16. From Dept. 9: 1-15-16. And the minute order for each above date including 4-27-15 Dept. 63. These are necessary in seeking trial court review for 6th and 14th U.S. Constitutional violations: Due Process and Equal Protection. Thank you for your anticipated assistance in safe-guarding my constitutional rights in Sacramento County Superior Court.

                                                            Sincerely Yours,
RE: People v. Brand                                    Charles R Brand
    Case# 15F01574
                                                                5-30-16

Note: Griffin v. Illinois (1955) is the authority to transcripts

# LAURANCE S. SMITH
*Attorney at Law*

2600 H Street
Sacramento, California 95814
e-mail: vubast@aol.com

Telephones:
From Sacramento and
All Other Counties:
☎ (916) 446-6615 (Voice)
🗎 (916) 442-3988 (Day FAX)
🗎 (916) 442-6524 (Night FAX)

From Placer, Nevada
& El Dorado Counties:
☎ (916) 823-0436

May 18, 2016

RE: Charles BRAND
RCCC MSA 044
12500 Bruceville Rd.
Elk Grove, CA 95624

Dear Mr. Brand:

    You expressed surprise this morning when I declared a doubt as to your competence to stand trial.

    I did this because you have refused to cooperate with me and with the three previous attorneys assigned to your case. Under the circumstances, I require a determination whether your hostile and uncooperative behavior is the result of mental illness.

    Dr. Irving Hellman and Dr. Denise Kellaher were appointed to do an examination and report. Both should be visiting you prior to the return date of June 8, 2016.

    Please give the doctors your cooperation so that this issue can be resolved and we can move forward with your case.

Yours very truly,

Laurance S. Smith

---

Handwritten annotations:

PENAL Code Statues MANDATE A SHOWING OF Substantial EVIDENCE BE PUT ON THE RECORD. I HAVE MAINTAINED MY INNOCENCE FROM DAY ONE & I CAN Prove ※ is Trial

"REFUSAL" To COOPERATE is NOT "SubstanciaL EVIDENCE TO SUPPORT A declaration of Doubt ... THE "TEST" is THE "INABILITY" To Cooperate ...

P.C. 1568

Clerk of the U.S. District Court
for the Eastern District of California
501 I Street Room 4-200
Sacramento, CA 95814

| | |
|---|---|
| ANNE MARIE SCHUBERT | SSD-15-60098 |
| DISTRICT ATTORNEY | S. SCHWEIBISH, DDA |
| 901 G STREET | TEAM: 63/WE (SCR) |
| SACRAMENTO, CA 95814 | 03/16/2015 (IC) |
| (916) 874-6218 | XRef: 578277 |

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. 15F01574 |
| vs. | FELONY COMPLAINT |
| CHARLES RICHARD BRAND (09866099-01), | |
| Defendant. | |

The People of the State of California upon oath of the undersigned, upon information and belief complain against the defendant above named for the crime(s) as follows:

### COUNT ONE

On or about March 12, 2015, at and in the County of Sacramento, State of California, the defendant, CHARLES RICHARD BRAND, did commit a felony, namely: a violation of Section 11378 of the Health and Safety Code of the State of California, in that said defendant did unlawfully possess for purpose of sale a controlled substance, to wit, METHAMPHETAMINE.

"Notice: Conviction of this offense will require you to register pursuant to Health and Safety Code Section 11590. Failure to do so is a crime pursuant to Health and Safety Code Section 11594."

### PRIOR CONVICTION (CASE 66836)

1.

It is further alleged that the defendant, CHARLES RICHARD BRAND, was on or about September 27, 1983, in Case #66836, in the Superior Court of Sacramento County, State of California, convicted of the crime of Possession of Methamphetamine for Sale in violation of Section 11378 of the Health and Safety Code, within the meaning of Health and Safety Code Section 11370.2(c).

1

547860

### PRIOR CONVICTION (CASE 04F03271)

2.

It is further alleged that the defendant, CHARLES RICHARD BRAND, was on or about May 13, 2004, in Case #04F03271, in the Superior Court of Sacramento County, State of California, convicted of the crime of Transportation of Methamphetamine in violation of Section 11379 of the Health and Safety Code, within the meaning of Health and Safety Code Section 11370.2(c).

### PRIOR CONVICTION (CASE 11F00129)

3.

It is further alleged that the defendant, CHARLES RICHARD BRAND, was on or about February 22, 2011, in Case #11F00129, in the Superior Court of Sacramento County, State of California, convicted of the crime of Possession of Methamphetamine for Sale in violation of Section 11378 of the Health and Safety Code, within the meaning of Health and Safety Code Section 11370.2(c).

I declare upon information and belief and under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento County, California, the 13th day of March, 2015.



ROBERT CLANCEY
SACRAMENTO COUNTY DISTRICT ATTORNEY
(916) 874-6218
Telephone Number

PD


547860